■ WALTER GRASSIE, Respondent, v. GEORGE BROWN et al., Appellants, et al., Defendant. (Action No. 1.) GEORGE C. BROWN, Appellant, v. SHARON EXCAVATING CO., INC., Respondent. (Action No. 2.)—In

Munder, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.